IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:11-cv-03171-AP

WILDEARTH GUARDIANS; POWDER RIVER BASIN RESOURCE COUNCIL; and SIERRA CLUB,

Plaintiffs,

v.

UNITED STATES FOREST SERVICE; TOM TIDWELL, in his official capacity as the Chief of the United States Forest Service; MARIBETH GUSTAFSON, in her official capacity as the Acting Regional Forester of the U.S. Forest Service; and BRIAN FEREBEE,[1] in his official capacity as the Deputy Regional Forester of the U.S. Forest Service,

Defendants.

_____

**LAW STUDENT ENTRY OF APPEARANCE**
_____


1. Law Student Certification

    I certify that:

    (a)    I am duly enrolled in the <u>University of Colorado</u> Law School in accordance with part B.1 of the Student Practice Rule of this court.

    (b)    I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

    (c)    I am familiar with and will comply with the Federal Rules of Civil

---

[1] Brian Ferebee has replaced Glenn Casamassa as the Deputy Regional Forester of the U.S. Forest Service. Therefore, pursuant to Fed. R. Civ. P. 25, Mr. Ferebee has replaced Mr. Casamassa as defendant.

Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (cod.uscourts.gov), including the Judicial Officers' Procedures.

Dated: 3/5/12          ___s/ Jon D. Lavallee_____
Jon D. Lavallee

2. Law School Certification

I certify that this student:

(a) has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

(b) is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

(c) that <u>Michael C. Soules</u>, who will serve as supervising attorney, is employed in a clinical program approved by this school.

Dated:     3/5/12          ___s/ Helen Norton_____
Signature of Dean or Authorized Designee

_____Associate Dean_____
(Position of Above)

3. <u>Supervising Attorney's Certification</u>

As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

(a) assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

(b) guide and assist this student as necessary or appropriate under the circumstances; and

(c) appear with this student in all proceedings in this matter.

Dated: 3/5/12                    __s/ Michael C. Soules_____
                                 Michael C. Soules
                                 Supervising Attorney

4. <u>Consent of Client – WildEarth Guardians</u>

      I consent to be represented by student attorney, <u>Jon D. Lavallee</u>, in this matter in accordance with the Student Practice Rule of this court.

      I authorize this student: to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this court and employed in the clinical program at the law school.


Dated:                                         __s/ Jeremy Nichols_____
                                                 Signature of Client

4. Consent of Client – Powder River Basin Resource Council

      I consent to be represented by student attorney, Jon D. Lavallee, in this matter in accordance with the Student Practice Rule of this court.

      I authorize this student: to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this court and employed in the clinical program at the law school.

Dated:    3/8/12                      _s/ Shannon R. Anderson_____
                                                  Signature of Client

4. <u>Consent of Client – Sierra Club</u>

  I consent to be represented by student attorney, <u>Jon D. Lavallee</u>, in this matter in accordance with the Student Practice Rule of this court.

  I authorize this student: to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this court and employed in the clinical program at the law school.


Dated:  3/6/12         ___s/ Nat Shoaff_____
                   Signature of Client

                   Nat Shoaff
                   Associate Attorney
                   Sierra Club

5. <u>Judicial Consent</u>

      I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court.


Dated: March 12, 2012                                    *<u>s/**John L. Kane**</u>*
                                                                  The Honorable John L. Kane
                                                                  United States District Judge
                                                                  District of Colorado