MARK A. KLAASSEN  
United States Attorney  
NICHOLAS VASSALLO  
Assistant United States Attorney  
2120 Capitol Avenue, Room 4002  
Cheyenne, WY 82001  
307-772-2124, Fax 307-772-2123  

JEFFREY H. WOOD  
Acting Assistant Attorney General  
JOHN S. MOST, Trial Attorney  
U.S. Department of Justice  
Environment and Natural Resources Div.  
P.O. Box 7611 Washington, DC 20044  
202-616-3353; Fax 202-305-0274

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WILDEARTH GUARDIANS *et al.* <br><br> v. <br><br> UNITED STATES FOREST SERVICE *et al.* | Doc. No. 2:12-cv-00085-ABJ <br> (Lead Case) |
| WILDEARTH GUARDIANS *et al.* <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT | Doc. No. 2:13-cv-00042-ABJ |
| POWDER RIVER BASIN RES. COUNCIL <br><br> v. <br><br> ZINKE *et al.* | Doc. No. 2:13-cv-00090-ABJ |

**FEDERAL RESPONDENTS' FIFTEENTH
STATUS REPORT ON REMEDY COMPLIANCE**

Petitioners challenged four decisions of the Bureau of Land Management ("BLM") which approved leasing of approximately 16,000 acres of federal coal near Wright, Wyoming (collectively known as the Wright Area leases), based on alleged violations of the National Environmental Policy Act and other statutes. On November 27, 2017, the Court entered an order remanding the four decisions to BLM, as well as the final environmental impact statement ("FEIS") which supported them, in accord with an order of the Tenth Circuit in *WildEarth Guardians v. United States Bureau of Land Management*, 870 F.3d 1222 (10th Cir. 2017). ECF No. 196. The latter order had found legal error in the FEIS's required "no action" alternative. The November 2017 order calls for revision of the FEIS and decisions in regard to the "no action" alternative and its reliance on what the Tenth Circuit referred to as the "perfect substitution assumption."[1]

As Federal Respondents reported in a Notice of Compliance filed June 4, 2019, ECF No. 240, they completed the required effort and complied with the terms of the remedy order by posting on the BLM website an environmental assessment ("EA"), a Finding of No Significant Impact ("FONSI"), and a decision record. The web posting occurred on June 3, 2019. The EA reexamines the FEIS's "no action" alternative and

---

[1] This assumption underlay the FEIS's conclusion (addressing impacts of the required "no action" alternative) that there was, as the Tenth Circuit stated it, "no real world difference between issuing the Wright area leases and declining to issue them because third party sources of coal would perfectly substitute for any volume lost on the open market should the BLM decline to issue the leases . . . ." *Id*. at 1233. Because of this assumption, the Tenth Circuit found the "no action" alternative deficient due to a lack of supporting data. *Id*.

1

addresses the deficiencies found by the Tenth Circuit. In addition to the EA, FONSI, and decision record, BLM also posted extensive public comments on the draft EA received during a sixty-day comment period and BLM's responses to those comments. The final EA reflects changes (relative to the draft EA) that are the direct result of comments received. The decision record reaffirms the four decisions, based on the analysis of the EA and FEIS. These documents may be found at the BLM website at:

> https://eplanning.blm.gov/epl-front-office/eplanning/projectSummary.do?methodName=renderDefaultProjectSummary&projectId=97202

Respectfully submitted this 5th day of June, 2019.

        JEAN E. WILLIAMS
        Deputy Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resource Division

        /s/ John S. Most
        JOHN S. MOST, Trial Attorney
        Natural Resources Section
        P.O. Box 7611
        Washington, DC 20044
        Telephone: 202-616-3353
        Facsimile: 202-305-0306
        John.Most@usdoj.gov

        MARK A. KLAASSEN
        United States Attorney

        /s/ Nicholas Vassallo
        NICHOLAS VASSALLO
        Assistant United States Attorney
        2120 Capitol Avenue, Room 4002
        Cheyenne, WY 82001
        Telephone: 307-772-2124

Facsimile:  307-772-2123

*Counsel for Federal Respondents*

<u>Of Counsel</u>

Philip C. Lowe
Office of the Regional Solicitor
Rocky Mountain Region
United States Department of the Interior

## CERTIFICATE OF SERVICE

      I certify that on June 5, 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court of Wyoming using the CM/ECF system, thereby causing a Notice of Electronic filing to be sent to the attorneys of record in this action.

/s/ John S. Most
John S. Most
*Counsel for Federal Respondents*